UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2411 GW (MRWx) | Date | September 14, 2016 |
|---|---|---|---|
| Title | Trustees v. Ultra Welding | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** ORDER TO SHOW CAUSE

    Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 17.) The motion is accompanied by a statement that indicates that Defendant did not provide its portion of the joint motion before filing in accordance with this Court's Local Rule 37-1. (Docket # 18 at 3.)

    A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendant is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>September 19, at 12:00 p.m.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.